THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* CHRISTEL SCHULZ, Respondent.

Submitted October 6, 1944; decided November 16, 1944.

*Charles P. Sullivan, District Attorney* (*James F. T. Delaney* of counsel), for appellant.

*C. Joseph Danahy* for respondent.

Order of Appellate Division reversed and judgment of Court of Special Sessions affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, DESMOND and THACHER, JJ.

RIPPEY and CONWAY, JJ., dissent upon the ground that there is no prohibition, in the Alcoholic Beverage Control Law, of the act charged against the defendant and that such prohibition may not be implied. (*People* v. *Wallace & Company,* 282 N. Y. 417, 419; *People* v. *Nelson,* 153 N. Y. 90, 94; *People v. Weinstock,* 193 N. Y. 481, 485.)